FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 16 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 VACATION FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 PENSION FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 WELFARE FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 ANNUITY FUND;
STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 LABORERS'
EMPLOYER COOPERATIVE AND EDUCATIONAL TRUST
FUND; STEPHEN FLANAGAN, as a Trustee of the
GENERAL BUILDING LABORERS' LOCAL 66 GREATER
NY LABORERS' EMPLOYER COOPERATIVE AND
EDUCATIONAL TRUST FUND; STEPHEN FLANAGAN,
as a Trustee of the GENERAL BUILDING LABORERS'
LOCAL 66 TRAINING PROGRAM; STEPHEN FLANAGAN,
as a Trustee of the GENERAL BUILDING LABORERS'
LOCAL 66 NEW YORK STATE HEALTH AND SAFETY
FUND; STEPHEN FLANAGAN, as Business Manager of
GENERAL BUILDING LABORERS' LOCAL UNION NO. 66
of the LABORERS' INTERNATIONAL UNION OF NORTH
AMERICA, AFL-CIO,

2:17-cv-05905(SJF)(AKT)
Attorney Code WTL 2401

DEFAULT JUDGMENT

Plaintiffs,

-against-

MEGRANT CORPORATION, FARID D. MIRIAN,
and JASMINE M. MIRIAN,
Defendants.
----------------------------------------------------------------x

The defendants, MEGRANT CORPORATION, FARID D. MIRIAN, and JASMINE M. MIRIAN, having failed to plead or otherwise defend in this action and its default having been entered,

Now upon application of the plaintiffs and upon affidavit heretofore filed, that the defendants are indebted to plaintiffs as follows:

GENERAL BUILDING LABORERS' LOCAL 66 VACATION FUND          $127.20

| | |
|---|---|
| GENERAL BUILDING LABORERS' LOCAL 66 PENSION FUND | $856.70 |
| GENERAL BUILDING LABORERS' LOCAL 66 WELFARE FUND | $1,508.60 |
| GENERAL BUILDING LABORERS' LOCAL 66 ANNUITY FUND | $316.80 |
| GENERAL BUILDING LABORERS' LOCAL 66 LECET FUND | $4.80 |
| GENERAL BUILDING LABORERS' LOCAL 66 GREATER NY LECET FUND | $10.56 |
| GENERAL BUILDING LABORERS' LOCAL 66 TRAINING PROGRAM | $104.92 |
| GENERAL BUILDING LABORERS' LOCAL 66 NYS HEALTH & SAFETY FUND | $2.40 |
| GENERAL BUILDING LABORERS' LOCAL UNION NO. 66 (Dues Checkoff) | $299.40 |

all of which total $3,231.38, with interest at the rate of 4% for delinquencies generated from 03/01/2017 through 03/14/2017, totaling $129.85, pursuant to 29 U.S.C., Section 1132(g)(2)(B) and (E) liquidated damages at the rate of 12% for delinquencies generated from 03/01/2017 through 03/14/2017, totaling $393.26 pursuant to 29 U.S.C., Section 1132(g)(2)(C) and (E) and awarding plaintiffs attorney's fees of $1,750.00 and costs of $605.00 pursuant to 29 U.S.C., Section 1132(g)(2)(D) against defendants totaling $6,109.49, it is

ORDERED AND ADJUDGED after the Court's findings of fact and conclusions of law, that the judgment rendered by the Court on this day in favor of plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith.

SO ORDERED:

s/ Sandra J. Feuerstein
U.S.D.J.

August 16, 2018
Date

JUDGMENT ENTERED:

_____
Clerk

_____
Date